UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>                  Plaintiff,<br><br>  v.<br><br>DICK MORGAN, et al,<br><br>                  Defendants. | Case No. 3:16-cv-6023 RBL-TLF<br><br>ORDER GRANTING DEFENDANT MORGAN'S MOTION TO DISMISS |

    The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation [Dkt. #102];

    (2)    Defendant Dick Morgan's motion to dismiss [Dkt. #62] is **GRANTED**. Plaintiff's claims against Dick Morgan in his individual capacity are **DISMISSED**.

    (3)    Plaintiff's claims against Dick Morgan in his official capacity are also **DISMISSED** as Mr. Morgan is no longer the Secretary of the Department of Corrections ("DOC"). The Clerk is directed to **substitute** the new DOC Secretary, Stephen Sinclair, as defendant in this action.

    (4)    The Clerk is further directed to send a copy of this Order to plaintiff and to counsel for defendants.

Dated this 11th day of September, 2017.

                                                              _____
                                                              Ronald B. Leighton
                                                               United States District Judge