HONORABLE JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE THERESA L FRICKE

FILED
RECEIVED
FEB 23 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>DICK MORGAN, et al.,<br><br>    Defendants. | NO. 3:16-cv-6023 RBL-TLF<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Daniel Jay Perez, by and through his attorneys, Braden Pence and James Herr, and Defendant David Guidry, by and through his attorneys, Sarah Demeree and Jonathan Ballard, and Defendants Ron Haynes, Steve Blakeman, Heidi Romero, Michael Tupper, Robert Monger, Michael Obenland, John Doyle, Richard Christensen, Anthony Boe, Dr. Karie Rainer, Don Holbrook, Dr. Brenda McKinney, Caroline Gillespie, Peter Beck, Brian Ewert, Dave Lesser, Mark, McClanahan, Mark King, Thomas Vicari, Steven Sundberg, Cindy Davenport, Juan Hernandez-Mendoza, Trevor Ahlers, Sonia Segraves, Teddi Armstrong, Kara Hubbs and Calvin Blackham, by and through their attorneys, Robert Ferguson, Attorney General, Cassie B. vanRoojen, Assistant Attorney General, stipulate and agree to the dismissal of the aforementioned Defendants under Fed. R. Civ. P 41(a)(1)(A)(ii). Specifically, the aforementioned parties hereby stipulate to the dismissal of the following Defendants: David

STIPULATION AND ORDER OF DISMISSAL
NO. 3:16-CV-6023-RBL-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  Guidry, Ron Haynes, Steve Blakeman, Heidi Romero, Michael Tupper, Robert Monger,
2  Michael Obenland, John Doyle, Richard Christensen, Anthony Boe, and Calvin Blackham.
3  The parties further agree that this dismissal will be with prejudice.
4      DATED this 15th day of February, 2018.

Presented by:
ROBERT W. FERGUSON
Assistant Attorney General

s/Cassie vanRoojen      2/15/18
CASSIE B. vanROOJEN, WSBA #44049      DATE
Assistant Attorney General
Corrections Division
Attorneys for Defendants

s/Sarah Demaree Macklin      2/14/18
SARAH DEMAREE MACKLIN      DATE
Lewis Brisbois Brisgaard & Smith LLP
Attorney for David Guidry

s/Jonathan Ballard      2/14/18
JONATHAN BALLARD      DATE
Lewis Brisbois Brisgaard & Smith LLP
Attorney for David Guidry

s/Braden Pence      2/14/18
BRADEN PENCE      DATE
Mazzone Law Firm, PLLC
Attorney for Plaintiff

s/James Herr      2/14/18
JAMES HERR      DATE
Mazzone Law Firm, PLLC
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
NO. 3:16-CV-6023-RBL-TLF

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

**IT IS HEREBY ORDERED:**

1. Defendants David Guidry, Ron Haynes, Steve Blakeman, Heidi Romero, Michael Tupper, Robert Monger, Michael Obenland, John Doyle, Richard Christensen, Anthony Boe, and Calvin Blackham shall be DISMISSED from this action with prejudice.

DATED this 23rd day of February, 2018.

RONALD B. LEIGHTON
United States District Court Judge

Submitted by:

Presented by:
ROBERT W. FERGUSON
Assistant Attorney General

s/Cassie vanRoojen                            2/15/18
CASSIE B. vanROOJEN, WSBA #44049              DATE
Assistant Attorney General
Corrections Division
Attorneys for Defendants

s/Sarah Demaree Macklin                       2/14/18
SARAH DEMAREE MACKLIN                         DATE
Lewis Brisbois Brisgaard & Smith LLP
Attorney for David Guidry

s/Jonathan Ballard                            2/14/18
JONATHAN BALLARD                              DATE
Lewis Brisbois Brisgaard & Smith LLP
Attorney for David Guidry

s/Braden Pence                                2/14/18
BRADEN PENCE                                  DATE
Mazzone Law Firm, PLLC
Attorney for Plaintiff

s/James Herr                                  2/14/18
JAMES HERR                                    DATE
Mazzone Law Firm, PLLC
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
NO. 3:16-CV-6023-RBL-TLF

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445